UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X          05 CV 3291 (NG) (MDG)

HARTFORD FIRE INSURANCE COMPANY
a/s/o Intrasphere Technologies Inc.,

                              **Plaintiff,**

      - against -                                                  **ORDER**

**HOWARD M. SCHNEIDER,**

                              **Defendant.**
------------------------------------------------------------------X

**GERSHON, United States District Judge:**

      In this subrogation action arising out of a loss sustained by Intrasphere Technologies Inc. ("Intrasphere"), plaintiff's insured, as the result of allegedly unauthorized use of Intrasphere's corporate credit card, plaintiff, on October 3, 2005, filed a motion for default judgment. Pursuant to Federal Rule of Civil Procedure 55(a), the Clerk of Court entered a notation of defendant's default on November 7, 2005. **The Court hereby grants judgment by default to plaintiff pursuant to Rule 55(b)(2).** The matter is referred to the Honorable Marilyn D. Go, United States Magistrate Judge, for a report and recommendation concerning the relief requested by plaintiff.

                                                      **SO ORDERED.**

                                                      /S/
                                               **NINA GERSHON
                                               United States District Judge**

Dated:       Brooklyn, New York
                 November 15, 2005